UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN WESLEY PERRY, JR., <br> Dallas Cnty. Jail BookIn No. 20044276, <br><br> Plaintiff, <br><br> V. <br><br> DALLAS COUNTY JAIL SUPERVISOR <br> LAW LIBRARY and SRT OFFICER, <br><br> Defendants. | § § § § § § § § § § § § | No. 3:21-cv-756-B |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's amended complaint. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: April 21, 2021.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE